479 A.2d 1138

Vernon v. Lilly, Appellant.

Argued December 9, 1983. Michael S. Bomstein, for appellant; Sara M. Duffy, for appellee.

Before CAVANAUGH, BROSKY and POPOVICH, JJ.

Order affirmed.

POPOVICH, J., filed a dissenting memorandum.

479 A.2d 1138

Vogt v. Pease, Appellants.

Vogt v. City of Philadelphia, Appellant.

Petition for Allowance of Appeal
Denied Nov. 20, 1984.

Argued November 23, 1983. Sarah Makin, Assistant City Solicitor, for appellants; Mark A. Lublin, for appellee.

Before MONTEMURO, WATKINS and HOFFMAN, JJ.

Judgment affirmed.